**No. 09-9805. Broderick D. Hardeman, Petitioner v. United States.**

559 U.S. 1099, 130 S. Ct. 2390, 176 L. Ed. 2d 781, 2010 U.S. LEXIS 3581.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Armed Forces denied.

Same case below, 67 M.J. 372.

**No. 09-9806. Alvis Guzman, Petitioner v. United States.**

559 U.S. 1099, 130 S. Ct. 2390, 176 L. Ed. 2d 781, 2010 U.S. LEXIS 3621.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-9807. David W. Harris, Petitioner v. United States.**

559 U.S. 1100, 130 S. Ct. 2390, 176 L. Ed. 2d 781, 2010 U.S. LEXIS 3605.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 585 F.3d 394.

**No. 09-9809. Adan Gonzales, Petitioner v. United States.**

559 U.S. 1100, 130 S. Ct. 2390, 176 L. Ed. 2d 781, 2010 U.S. LEXIS 3647.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 343 Fed. Appx. 597.

**No. 09-9810. James Huber, aka James Hubert, aka James Jay Huber, Petitioner v. United States.**

559 U.S. 1100, 130 S. Ct. 2391, 176 L. Ed. 2d 781, 2010 U.S. LEXIS 3665.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 322 Fed. Appx. 608.

**No. 09-9811. Henry Hordge, Petitioner v. United States.**

559 U.S. 1100, 130 S. Ct. 2391, 176 L. Ed. 2d 781, 2010 U.S. LEXIS 3646.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 350 Fed. Appx. 970.

**No. 09-9812. Willie James Griffin, Jr., Petitioner v. United States.**

559 U.S. 1100, 130 S. Ct. 2391, 176 L. Ed. 2d 781, 2010 U.S. LEXIS 3601.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9814. Michael Paul Carlton, Petitioner v. United States.**

559 U.S. 1100, 130 S. Ct. 2391, 176 L. Ed. 2d 781, 2010 U.S. LEXIS 3587.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 356 Fed. Appx. 864.